UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Speed RMG Partners, LLC, Robby Gordon, and Todd Romano,<br><br>       Plaintiffs,<br><br>v.<br><br>Arctic Cat Sales Inc., Arctic Cat Inc., Textron Specialized Vehicles Inc., and Textron Inc.,<br><br>       Defendants. | Case No. 20-CV-00609 NEB/LIB<br><br>**DEFENDANTS' MOTION FOR A PROTECTIVE ORDER TO PRECLUDE THE DEPOSITION OF SCOTT DONNELLY** |

TO: Plaintiffs Speed RMG Partners, LLC, Robby Gordon and Todd Romano and their counsel of record.

PLEASE TAKE NOTICE that Defendants Arctic Cat Sales Inc., Arctic Cat Inc., Textron Specialized Vehicles Inc. ("Arctic Cat Parties"), and Textron Inc. move this Court pursuant to Rule 26(c) of the Federal Rules of Civil Procedure for a Protective Order to Preclude the Deposition of Scott Donnelly.

First, good cause exists for the issuance of a protective order because Mr. Donnelly has no unique knowledge of the information sought by Plaintiffs Speed RMG Partners, LLC, Robby Gordon, and Todd Romano ("Speed Partners"), as is required for the depositions of high-level corporate executives under the apex doctrine.

Second, good cause independently exists for the issuance of a protective order because Speed Partners have not exhausted other less intrusive ways to

obtain the same information they now seek from Mr. Donnelly, as is required for the depositions of high-level corporate executives under the apex doctrine.

This Motion is based upon the records and filings in this case, including the Memorandum of Law in Support of the Motion for a Protective Order to Preclude the Deposition of Scott Donnelly, the Declaration of John Collins, the Declaration of Daniel A. Haws, and the supporting exhibits filed therewith.

Dated: January 28, 2021　　　　　　　**HKM, P.A**.

　　　　　　　　　　　　　　　　　　s/ Daniel A. Haws
　　　　　　　　　　　　　　　　　　Daniel A. Haws (#193501)
　　　　　　　　　　　　　　　　　　William L. Moran (#0177167)
　　　　　　　　　　　　　　　　　　Cody M. Bauer (#0401470)
　　　　　　　　　　　　　　　　　　Kathleen K. Curtis (#388279)
　　　　　　　　　　　　　　　　　　30 East Seventh Street, Suite 3200
　　　　　　　　　　　　　　　　　　St. Paul, MN 55101-4919
　　　　　　　　　　　　　　　　　　(651) 227-9411
　　　　　　　　　　　　　　　　　　dhaws@hkmlawgroup.com
　　　　　　　　　　　　　　　　　　wmoran@hkmlawgroup.com
　　　　　　　　　　　　　　　　　　cbauer@hkmlawgroup.com
　　　　　　　　　　　　　　　　　　kcurtis@hkmlawgroup.com

　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*
　　　　　　　　　　　　　　　　　　*Arctic Cat Sales Inc., Arctic Cat Inc.,*
　　　　　　　　　　　　　　　　　　*Textron Specialized Vehicles Inc., and*
　　　　　　　　　　　　　　　　　　*Textron Inc.*

4816-8738-0442, v. 1