UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Speed RMG Partners, LLC, Robby Gordon, and Todd Romano, <br><br> Plaintiffs, <br><br> v. <br><br> Arctic Cat Sales Inc., Arctic Cat Inc., Textron Specialized Vehicles Inc., and Textron Inc., <br><br> Defendants. | Case No. 20-CV-00609 NEB/LIB <br><br><br> **DEFENDANTS' MEET-AND-CONFER STATEMENT** |

I, Daniel A. Haws, representing Defendants Arctic Cat Sales Inc., Arctic Cat Inc., Textron Specialized Vehicles Inc., and Textron Inc. ("Defendants"), hereby certify that:

I met and conferred with the opposing party by:

    Meeting with: Steven A. Nichols

    On: <u>January 4 and 5, 2021</u>

    Discussing the following motion: <u>Defendants' Motions for a Protective Order.</u>

As a result of the meet-and-confer, the parties:

    ☒    Did **not** agree on the resolution of any part of the motion.

    ☐    Agreed on all or part of the motion and request that the Court incorporate the following agreement in an order:

Dated: January 28, 2021　　　　　**HKM, P.A.**

　　　　　s/ Daniel A. Haws
　　　　　Daniel A. Haws (#193501)
　　　　　William L. Moran (#0177167)
　　　　　Cody M. Bauer (#0401470)
　　　　　Kathleen K. Curtis (#388279)
　　　　　30 East Seventh Street, Suite 3200
　　　　　St. Paul, MN 55101-4919
　　　　　(651) 227-9411
　　　　　dhaws@hkmlawgroup.com
　　　　　wmoran@hkmlawgroup.com
　　　　　cbauer@hkmlawgroup.com
　　　　　kcurtis@hkmlawgroup.com

　　　　　*Attorneys for Defendants*
　　　　　*Arctic Cat Sales Inc., Arctic Cat Inc.,*
　　　　　*Textron Specialized Vehicles Inc., and*
　　　　　*Textron Inc.*

4828-5764-4246, v. 1