## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Speed RMG Partners, LLC, Robby Gordon, and Todd Romano, | Case No. 20-CV-00609 NEB/LIB |
| Plaintiffs, | |
| v. | **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| Arctic Cat Sales Inc., Arctic Cat Inc., Textron Specialized Vehicles Inc., and Textron Inc., | |
| Defendants. | |

---

TO:   Plaintiffs Speed RMG Partners, LLC, Robby Gordon, and Todd Romano and their counsel of record.

PLEASE TAKE NOTICE that Defendants Arctic Cat Sales Inc., Arctic Cat Inc., Textron Specialized Vehicles Inc., and Textron Inc. (hereinafter "Arctic Cat") move this Court pursuant to Federal Rule of Civil Procedure 56 for an Order granting Summary Judgment.

Said motion shall be based upon the memorandum of law filed herewith as well as the accompanying declaration and exhibits, any reply memorandum of law, and the arguments of counsel.

Dated:  June 1, 2021                              **HKM, P.A.**


                                                 *s/  William L. Moran*
                                                 Daniel A. Haws (#193501)
                                                 William L. Moran (#0177167)
                                                 Cody M. Bauer (#0401470)
                                                 Kathleen K. Curtis (#388279)
                                                 30 East Seventh Street, Suite 3200
                                                 St. Paul, MN 55101-4919
                                                 (651) 227-9411
                                                 dhaws@hkmlawgroup.com
                                                 wmoran@hkmlawgroup.com
                                                 cbauer@hkmlawgroup.com
                                                 kcurtis@hkmlawgroup.com
                                                 *Attorneys for Defendants*
                                                 *Arctic Cat Sales Inc., Arctic Cat Inc.,*
                                                 *Textron Specialized Vehicles Inc., and*
                                                 *Textron Inc.*


4831-1238-0140, v. 1