UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Speed RMG Partners, LLC, Robby Gordon, and Todd Romano,<br><br>Plaintiffs,<br><br>v.<br><br>Arctic Cat Sales Inc., Arctic Cat Inc., Textron Specialized Vehicles Inc., and Textron Inc.,<br><br>Defendants. | Case No. 20-CV-00609 NEB/LIB<br><br>**DEFENDANTS' AMENDED MOTION FOR SUMMARY JUDGMENT** |

TO: Plaintiffs Speed RMG Partners, LLC, Robby Gordon, and Todd Romano and their counsel of record.

PLEASE TAKE NOTICE that Defendants Arctic Cat Sales Inc., Arctic Cat Inc., Textron Specialized Vehicles Inc., and Textron Inc. (hereinafter "Arctic Cat") move this Court pursuant to Federal Rule of Civil Procedure 56 for an Order granting Summary Judgment.

Said motion shall be based upon the memorandum of law filed herewith as well as the accompanying declaration and exhibits, any reply memorandum of law, and the arguments of counsel.

Dated: August 15, 2021 **HAWS-KM, P.A.**

*s/ William L. Moran*
Daniel A. Haws (#193501)
William L. Moran (#0177167)
Cody M. Bauer (#0401470)
Kathleen K. Curtis (#388279)
30 East Seventh Street, Suite 3200
St. Paul, MN 55101-4919
(651) 227-9411
dhaws@hkmlawgroup.com
wmoran@hkmlawgroup.com
cbauer@hkmlawgroup.com
kcurtis@hkmlawgroup.com
*Attorneys for Defendants*
*Arctic Cat Sales Inc., Arctic Cat Inc., Textron Specialized Vehicles Inc., and Textron Inc.*

4851-2182-4758, v. 1