# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| SPEED RMG PARTNERS, LLC, ET AL., | Case No. 20-CV-609 (NEB/LIB) |
| Plaintiffs, | |
| v. | ORDER |
| ARCTIC CAT SALES, INC., ET AL., | |
| Defendants. | |

The Court has been informed that the parties scheduled a settlement conference with United States Magistrate Judge Leo I. Brisbois for June 16, 2022. As discussed with the parties on January 6, 2022, and to clarify that discussion, the Court hereby orders the parties to engage in private mediation by September 1, 2022. The parties shall cooperate on a schedule, attend the mediation, ensure that representatives attending the mediation have full settlement authority, and mediate in good faith. Unless the parties agree otherwise at the mediation, the fees and expenses of the mediator shall be split evenly between the parties. The settlement conference scheduled with Magistrate Judge Brisbois on June 16, 2022 is hereby stricken from the Court calendar. The parties shall notify the Court of the outcome of the mediation as soon as possible. A trial order will issue from this Court later this month.

Dated: April 20, 2022

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge