# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY SELECTION

| SPEED RMG PARTNERS, LLC, ET AL, <br><br> Plaintiffs, <br> v. <br><br> ARCTIC CAT SALES INC, ET AL, <br><br> Defendants. | **COURT MINUTES** <br> Case Number: 20-cr-609 (NEB/LIB) <br><br> Date: December 20, 2022 <br> Courthouse: Minneapolis <br> Courtroom: 13W <br> Court Reporter: Renee Rogge <br> Time Commenced: 11:50 a.m. <br> Time Concluded: 12:00 p.m. <br> Time in Court: 10 minutes |
|---|---|

Civil Jury Trial before Nancy E. Brasel, United States District Judge, in Courtroom 13W, Minneapolis, Minnesota.

APPEARANCES:
  Plaintiffs:    Steven Nichols, Steven Goon and Lucas Hori
  Defendants:   William Moran, Daniel Haws, Aidan Zielske, and Katherine Barrett Wiik

PROCEEDINGS:
- ☒ Jury deliberations 9:00 a.m. – 11:17 a.m. Verdict reached at 11:17 a.m.
- ☒ Verdict: Speed proved that Arctic Cat/TSV breached the agreement and caused damages in the amount of $39,630,000.00. Speed proved that Arctic Cat/TSV breached the implied covenant of good faith and fair dealing and caused damages in the amount of $39,630,000.00. Speed proved their claim for fraud and caused damages in the amount of $1,000,000.00. Speed proved their claim for negligent misrepresentation and caused damages in the amount of $4,000.000.00. Speed proved their claim for concealment and caused damages in the amount of $2,620,000.00. Arctic Cat/TSV did not prove Speed Parties breached the Agreement or the implied covenant of good faith and fair dealing.
- ☒ Plaintiffs' reserve the right under Rule 59E to file a post judgment motion for prejudgment interest per Minnesota code.
- ☒ Trial ended. Judgment to be issued.

Date: December 20, 2022                                                                                              s/KW
                                                                     Signature of Courtroom Deputy to Judge Nancy E. Brasel